UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ROCHELLE M. MUSE**,

    Plaintiff,

    v.

**THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY**,

    Defendant.

Case No. 16-cv-00867-YGR

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

On May 20, 2016, plaintiff filed an amended complaint terminating two defendants and adding a new defendant to the action. (Dkt. No. 9.) The new defendant has not yet been served. Accordingly, the Court **CONTINUES** the Case Management Conference currently set for June 6, 2016 to **October 3, 2016** at **2:00 p.m.**, at the U.S. District Court for the Northern District of California, Federal Building, Oakland in Courtroom 1, after the Board of Trustees of the California State University has been properly served in this action. Plaintiff is reminded that pursuant to the Federal Rules of Civil Procedure, she has ninety (90) days from the filing of the complaint to complete service on defendant. Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: June 2, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**