UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROCHELLE M. MUSE**,<br>Plaintiff,<br>v.<br>**THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY**,<br>Defendant. | Case No. 16-cv-00867-YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties currently have scheduled a Case Management Conference for January 30, 2017. The Local Rules provide: "Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(d). As of the date of this order, no such statements have been filed.

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $200 for failure to file a Joint Case Management Statement in a timely manner. A hearing on this Order to Show Cause will be held on **Friday, February 10, 2017** at **9:01 a.m.** in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

By no later than **Friday, February 3, 2017**, the parties must file a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities and an explanation as to why they should not be sanctioned for their failure to comply with the stated rule. If the Court is satisfied with the parties' response, the parties need not appear and the hearing on this Order to Show Cause will be taken off calendar. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a

1 telephonic appearance will be permitted.  Failure to file a joint statement, written response, or to
2 appear personally will be deemed an admission that no good cause exists and that the imposition
3 of monetary sanctions is appropriate.
4       The Case Management Conference set for **January 30, 2017** is **CONTINUED** to **Monday,**
5 **February 13, 2017** at **2:00 p.m.**
6       **IT IS SO ORDERED.**
7 Dated: January 25, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**